COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Stephanie Zoanni v. Lamuel David Hogan

Appellate case number:   01-17-00394-CV

Trial court case number: 2010-34811

Trial court:             246th District Court of Harris County

On May 1, 2018, this court dismissed the appeal for want of prosecution for failure to file a brief. Appellant filed a motion for rehearing and tendered her brief. A response to the motion for rehearing was requested, but none was filed.

We **GRANT** appellant's motion for rehearing, withdraw our opinion and judgment of May 1, 2018, and reinstate the appeal on the active docket. Appellee's brief is due **within 30 days of the date of this order**.

It is so ORDERED.


Judge's signature: /s/ Jennifer Caughey
                    Acting for the Court

Panel consists of Justices Bland, Lloyd, and Caughey.

Date: June 19, 2018